Shannon KING, Plaintiff–Appellant,

v.

GMAC MORTGAGE, LLC,
Defendant–Appellee.

No. 10–17929.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted April 17, 2012.

Filed April 23, 2012.

Michael J. Harker, Esquire, Boggess & Harker, Las Vegas, NV, for Plaintiff–Appellant.

Colt B. Dodrill, Wolfe & Wyman LLP, Las Vegas, NV, for Defendant–Appellee.

Before: SCHROEDER, O'SCANNLAIN, and GRABER, Circuit Judges.

MEMORANDUM *

Shannon King appeals from the district court's grant of summary judgment in favor of her mortgagee, GMAC Mortgage, LLC ("GMAC").

The district court did not err in granting GMAC summary judgment on any of King's claims: As King had fallen behind on her mortgage payments, she is unable to make a claim for misrepresentation, promissory estoppel, or wrongful foreclosure. *Bulbman, Inc. v. Nev. Bell*, 108 Nev. 105, 825 P.2d 588, 592 (1992) (per curiam); *Pink v. Busch*, 100 Nev. 684, 691 P.2d 456, 459 (1984) (per curiam); *Collins v. Union Fed. Sav. & Loan Ass'n*, 99 Nev. 284, 662 P.2d 610, 623 (1983). King's breach of contract claim is barred by the statute of frauds. Nev.Rev.Stat. § 111.210(1). And King is unable to make a claim for unjust enrichment since there was a valid mortgage agreement between the parties. *Leasepartners Corp. v. Robert L. Brooks Trust*, 113 Nev. 747, 942 P.2d 182, 187 (1997) (per curiam).

King's remaining contentions are either waived or without merit.

**AFFIRMED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.